27152.   COLEMAN *v.* DAVIS.

BROYLES, C. J.   This case is controlled by the decision of this court in the companion case of *Coleman* v. *Davis* (No. 27151), ante, 750.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*